

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00360-CR

The **STATE** of Texas,
Appellant

v.

Boris **ZORRILLA**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 304380
Honorable Walden Shelton, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order granting appellee's motion to quash is REVERSED and the cause REMANDED for further proceedings.

SIGNED May 22, 2013.

Sandee Bryan Marion, Justice